UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YOLANDA GORDON,

    Plaintiff,

v.

ENHANCED ACQUISITIONS LLC,
RODNEY A. GIOVE, SCOTT RICHMOND,
and LISA SMITH,

    Defendants.
_____/

Case No. 14-13839

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge's Report and Recommendation, and Plaintiff's documentation of attorney's fees and costs, which the Court finds reasonable and necessary; and for the reasons set forth in an Order dated June 1, 2017;

The Report and Recommendation of the Magistrate Judge is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS HEREBY ORDERED AND ADJUDGED that (1) default judgment is entered against Defendant Rodney Giove;[1] (2) Plaintiff is entitled to recover statutory damages of $1,000.00 and emotional distress damages of $3,000.00; and (3) Plaintiff is entitled to the full amount of attorney's fees and costs granted in the prior Judgment against Defendant Enhanced Acquisitions ($3,876.50), as well as an additional $1,400 in fees and $1 in costs incurred since then.

---

[1] Giove's name frequently appears as Giovi throughout the docket.

SO ORDERED.

                    s/Nancy G. Edmunds
                    Nancy G. Edmunds
                    United States District Judge

Dated: June 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 6, 2017, by electronic and/or ordinary mail.

                    s/Carol A. Bethel
                    Case Manager